UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JEROME D. WARREN                                         PETITIONER/DEFENDANT

v.                               CRIM. ACTION NO. 3:14-CR-00008-CRS
                                 CIVIL ACTION NO. 3:17-CV-00429-CRS

UNITED STATES OF AMERICA                                 RESPONDENT/PLAINTIFF

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED**:

1. Respondent United States of America's ("the Government") motion to reconsider the Court's Order granting Petitioner Jerome D. Warren's ("Warren") motion to vacate (ECF No. 97) is **GRANTED** and the Memorandum Opinion and Order entered on July 28, 2018 (ECF Nos. 92, 93) are **VACATED**.

2. The Court **ACCEPTS AND ADOPTS** the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (ECF No. 89), with the exception of Footnote 4 and the section regarding the certificate of appealability.

3. Warren's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 71) is **DENIED**.

4. Warren's resentencing scheduled for October 10, 2018 is **REMANDED** from the Court's docket. Appointed counsel is relieved from taking further action in this case.

**IT IS SO ORDERED.**

August 17, 2018

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record

Jerome D. Warren, *pro se*
Reg. No. 15672-033
USP McCreary
P.O. Box 3000
Pine Knot, Kentucky 42635

Donald Meier
Laura Wyrosdick
Western Kentucky Federal Community Defender Office